ED-JAC REALTY CORPORATION, Plaintiff, v. HERMANN FELD and Others, Defend-

ants.  CARL W. STERN, Plaintiff v. ED-JAC REALTY CORPORATION and Others, Defendants.  279 FIFTH AVENUE CORPORATION, Appellant, Respondent, v. ED-JAC REALTY CORPORATION, Defendant, HERMANN FELD and Others, Defendants, Respondents, Appellants.  HARRY W. FRENCH, as Receiver, etc., Defendant, Respondent.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merell, Finch, McAvoy and Proskauer, JJ.